IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Regina M. Rodriguez**

| | |
|---|---|
| Criminal Action No.: 23-cr-00390-RMR-2 | Date: December 16, 2025 |
| Courtroom Deputy: Kally Myhaver | Court Reporter: Jessica Anderson |
| Probation Officer: Josh Roth | |

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Lauren Pope |
| Plaintiff, | |
| v. | |
| 2. TIMOTHY A. MCPHEE, | Sanford Boxerman |
| | Sara Neill |
| Defendant. | |

## COURTROOM MINUTES

**SENTENCING**

**10:04 a.m.   Court in session.**

Court calls case. Appearances of counsel. Defendant present in custody. Also present at Government's counsel table is FBI Special Agent Chris Lalonde, IRS Special Agent Jake Rice, and IRS Special Agent Mike Garvey.

Defendant sworn.

Statement by the Court regarding defendant's offense level, criminal history level, and sentencing guidelines range.

Discussion and argument regarding objections to the presentence report, pending motions, and sentencing recommendation.

Court states its findings of fact and conclusions of law.

**ORDERED:**  The Plea Agreement is accepted.

**ORDERED:** Government's Motion to Dismiss Counts Upon Sentencing [ECF No. 340] is GRANTED.

**ORDERED:** Government's Motion for Decrease for Acceptance of Responsibility [ECF No. 339] is GRANTED.

**ORDERED:** Defendant's Motion for Non-Guideline Sentence [ECF No. 317] is DENIED.

**ORDERED:** Defendant shall be imprisoned for 60 months as to Count 1s, and 60 months as to Count 15 to be served concurrently and concurrent to the sentence imposed in 24-cr-00352-RMR-01. Upon release from imprisonment, defendant shall be placed on supervised release for a term of 3 years as to Count 1s, and 3 years as to Count 15 to be served concurrently, and concurrent to the term of supervised release imposed in 24-cr-00352-RMR-01.

**ORDERED:** Conditions of Supervised Release, as stated on record.

**ORDERED:** Defendant shall pay a $200.00 Special Assessment fee, to be paid immediately.

**ORDERED:** Defendant shall pay a fine in the amount of $35,000.00, concurrent to the fine assessed in 24-cr-00352-RMR-01, for a total of $35,000.00, to be paid immediately.

**ORDERED:** Restitution shall be paid to the victims in accordance with the Schedule of Payments sheet in the Judgment.

**ORDERED:** Defendant shall forfeit any interest in property, as stated on record, to the United States.

Defendant advised of right to appeal.

The Court recommends that the director of the Bureau of Prisons place the Defendant at FCI Englewood.

**ORDERED:** Defendant is remanded to the custody of the U.S. Marshal.

**11:04 a.m.   Court in recess.**

Hearing concluded.
Total time in court:   1:00